# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR BREAUX

NO. 2024 KW 0095

**APRIL 19, 2024**

---

In Re:    Arthur Breaux, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 190086.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT